Summons in a Civil Action (Rev 11/97)

FILED

2008 APR 18 PM 3: 18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY [signature] DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ARNOLD SCHIMSKY, as Trustee of THE ANN P. SCHIMSKY TRUST and representative of ANN P. SHIMSKY, deceased

vs

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; THC-ORANGE COUNTY, INC dba KINDRED HOSPITAL SAN DIEGO

## SUMMONS IN A CIVIL ACTION

Case No. 07CV2432-H(LSP)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Eugene P. Yale, Esq. SBN 83048
David W. Baumgarten, Esq. SBN 179574
YALE & BAUMGARTEN, LLP
5030 Camino de la Siesta, Suite 308
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — CLERK

APR 18 2008 — DATE

K. HAMMERLY

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)