Eugene P. Yale, Esq. SBN 83048
David W. Baumgarten, Esq. SBN 179574
YALE & BAUMGARTEN, LLP
5030 Camino de la Siesta, Suite 308
San Diego, California 92108
Tel. (619) 220-8790
Fax (619) 220-0369

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNOLD SCHIMSKY, as Trustee of THE ANN P. SHIMSKY TRUST and representative of ANN P. SHIMSKY, deceased, | CASE NO: 07-cv-02432-H (LSP) |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON UNITED STATES OFFICE OF PERSONNEL MANAGEMENT** |
| vs. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO, | |
| Defendants. | |

# PROOF OF SERVICE

Case Name: ***Schimsky, et al v. United States Office of Personnel Management, et al.***
United States District Court, Southern District of California, Case No. **07-cv-02432-H-LSP**

I, the undersigned, am over the age of eighteen years and am a resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 5030 Camino de la Siesta, Suite 308 San Diego, CA 92108.

April 21, 2008, I served the following document(s):

**1. SUMMONS IN A CIVIL ACTION**
**2. COMPLAINT, CIVIL CASE COVER SHEET**

addressed to:

United States Office of Personnel Management
Insurance Services Programs, Health Insurance Group 1
1900 E Street, NW
Washington, DC 20415-3610

Michael B. Mukaskey, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
U.S. Attorney's Office for Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101-8893

✔ (BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

Executed on April 21, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Suzanne M. Yale