Eugene P. Yale, Esq. SBN 83048
David W. Baumgarten, Esq. SBN 179574
YALE & BAUMGARTEN, LLP
5030 Camino de la Siesta, Suite 308
San Diego, California 92108
Tel. (619) 220-8790
Fax (619) 220-0369

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNOLD SCHIMSKY, as Trustee of THE ANN P. SHIMSKY TRUST and representative of ANN P. SHIMSKY, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO,<br><br>Defendants. | CASE NO: 07-cv-02432-H (LSP)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON THC-ORANGE COUNTY, INC., DBA KINDRED HOSPITAL SAN DIEGO** |

EUGENE P. YALE (SBN 83048)
YALE & BAUMGARTEN, LLP
5030 CAMINO DE LA SIESTA
SUITE 308
SAN DIEGO, CA 92108
(619) 220-8790

Attorney(s) for ARNOLD SCHIMSKY, ETC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: ARNOLD SCHIMSKY, ETC. Case No: 07CV2432-H (LSP)

Defendant: UNITED STATES OFFICE ETC.; ET AL. PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

SUMMONS; COMPLAINT

2. a. Party served: THC-ORANGE COUNTY, INC., DBA KINDRED HOSPITAL SAN DIEGO
   b. Person served: M. WILSON, AUTHORIZED AGENT
   c. Place of Service: 818 WEST SEVENTH STREET
      LOS ANGELES, CA 90017
      {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on: APRIL 23, 2008
      (2) at: 10:10 A.M.

4. Person serving:
   ARMANDO GONZALEZ
   CALEXPRESS
   917 West Grape Street
   San Diego, CA 92101
   (619) 685-1122

   a. Fee for Service:$ 80.00
   e. Exempt from registration under Bus. & Prof. Code 22350(b)

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: APRIL 23, 2008 Signature: Armando Gonzalez