**GIOVANNIELLO & MICHELS, LLP**
Alexander F. Giovanniello (CSB# 125562)
1470 South Valley Vista Drive, Suite 200
Diamond Bar, California 91765
Email:afg@gm-lawfirm.com

Ph: (909) 396-1964
Fax (909) 396-0885

Attorneys for DEFENDANT:
THC-ORANGE COUNTY, INC. dba KINDRED HOSPITAL – SAN DIEGO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNOLD SCHIMSKY, as Trustee of THE ANN P. SHIMSKY TRUST and representative of ANN P. SHIMSKY, deceased<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO<br><br>Defendants. | Case No.: 07 CV2432-H(LSP)<br><br>**THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO'S NOTICE OF PARTY WITH FINANCIAL INTEREST STATEMENT PURSUANT TO THE UNITED STATES DISTRICT COURT LOCAL RULES FOR THE SOUTHERN DISTRICT OF CALIFORNIA CIVIL RULE 40.2**<br><br>[Filed concurrently with Defendant's Rule 12b motions]<br><br>DATE: June 16, 2008<br>TIME: 10:30 A.M.<br>COURTROOM: 13 |

Pursuant to Rule 40.2 of the Untied States District Court Local Rules for the Southern District of California, Defendant, THC-Orange County, Inc. dba Kindred Hospital San Diego (hereinafter "Kindred Hospital"), by and through its undersigned attorneys Giovanniello & Michels LLP, hereby certify that:

THC Orange County, Inc. d/b/a Kindred Hospital-San Diego is a California corporation with a principal place of business in Kentucky. Its parent corporation is Kindred Healthcare Operating, Inc., which is incorporated in Delaware with its principle place of business in Kentucky. The parent of Kindred Healthcare Operating Inc. is Kindred Healthcare, Inc, which is a Delaware corporation with its principle place of business in Kentucky. Kindred Healthcare, Inc. is a publicly traded company. Kindred Healthcare, Inc. is 100% holder in Kindred Healthcare Operating Inc. Kindred Healthcare Operating Inc. is 100% holder in THC-Orange County.

Date: May 9, 2008

**GIOVANNIELLO & MICHELS, LLP**

By: ______________________

Alexander F. Giovanniello
Attorneys for DEFENDANT,
THC ORANGE COUNTY, INC. dba KINDRED HOSPITAL – SAN DIEGO

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1470 South Valley Vista Drive, Suite 200, Diamond Bar, California 91765.

On **May 9, 2008,** I served the foregoing document(s) described **DEFENDANT THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL – SAN DIEGO'S NOTICE OF PARTY WITH FINANCIAL INTEREST STATEMENT PURSUANT TO THE UNITED STATES DISTRICT COURT LOCAL RULES FOR THE SOUTHERN DISTRICT OF CALIFORNIA RULE 40.2,** by placing the true copies thereof enclosed in sealed envelopes address as follows:

Eugene P. Yale
David W. Baumgarten
YALE & BAUMGARTEN, LLP
5030 Camino de la Siesta, Suite 308
San Diego, California 92108
Tel: (619) 220-8790
Fax: (619) 220-0369
Attorneys for Plaintiff

**(XX)** BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business.

( ) BY PERSONAL SERVICE: I delivered such envelope(s) by hand to the office(s) of the above addressee(s).

( ) BY FEDERAL EXPRESS: I caused said envelope(s) to be sent by Federal Express to the above address(es).

( ) BY TELECOPIER: I caused said document(s) to be transmitted by telecopier at approximately 3:00 P.M. to the above address(s).

Executed on **May 9, 2008,** at Diamond Bar, California.

**(XX)** STATE:I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Melissa Kuylen