Eugene P. Yale, Esq. SBN 83048
David W. Baumgarten, Esq. SBN 179574
YALE & BAUMGARTEN, LLP
5030 Camino de la Siesta, Suite 308
San Diego, California 92108
Tel. (619) 220-8790
Fax (619) 220-0369

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ARNOLD SCHIMSKY, as Trustee of THE ANN P. SHIMSKY TRUST and representative of ANN P. SHIMSKY, deceased,

Plaintiff,

vs.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO,

Defendants.

CASE NO: 07-cv-02432-H (LSP)

**PROOF OF SERVICE**

# PROOF OF SERVICE

Case Name: ***Schimsky, et al v. United States Office of Personnel Management, et al.***
United States District Court, Southern District of California, Case No. **07-cv-02432-H-LSP**

I, the undersigned, am over the age of eighteen years and am a resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 5030 Camino de la Siesta, Suite 308 San Diego, CA 92108.

July 11, 2008, I served the following document:

**FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

addressed to:

Alexander F. Giovanniello
GIOVANNIELLO & MICHAELS, LLP
1470 S. Valley Vista Drive, Suite 200
Diamond Bar, California 91765
**T: (909) 396 1964**
**F: (909) 396 0885**
afg@gm-lawfirm.com

United States Office of Personnel Management*
Insurance Services Programs, Health Insurance Group 1
1900 E Street, NW
Washington, DC 20415-3610

Michael B. Mukasey, Attorney General*
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk*
U.S. Attorney's Office for Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101-8893

__X__ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

__X__ (BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED) The persons by whose name an asterisk is affixed, were served by certified mail, return receipt requested, by causing such an envelope with postage thereon fully prepaid, to be placed in the United States mail at San Diego, California.

Executed on July 11, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Jonathan H. Yale