KAREN P. HEWITT
United States Attorney
CINDY M. CIPRIANI
Assistant United States Attorney
California Bar No. 144402
U.S. Attorney's Office
Southern District of California
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7390
Facsimile: (619) 557-5004
Email: cindy.cipriani@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD SCHIMSKY, as Trustee of ANN P. SCHIMSKY TRUST and representative of ANN P. SCHIMSKY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO<br><br>Defendant. | Case No.: 07cv2432 H (LSP)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANT UNITED STATES OFFICE OF PERSONNEL MANAGEMENT<br><br>DATE: September 2, 2008<br>TIME: 10:30 a.m.<br>CTRM: 13<br>JUDGE: Hon. Marilyn Huff |

TO: PLAINTIFF AND HIS ATTORNEYS, EUGENE YALE & DALE BAUMGARTEN:

PLEASE TAKE NOTICE that on September 2, 2008, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Marilyn Huff, the United States Office of Personnel Management ("OPM"), through its attorneys of record, Karen P. Hewitt, United States Attorney, and Cindy M. Cipriani, Assistant U.S. Attorney, will bring on its motion to dismiss the First Amended Complaint.

///

///

This motion is based on the grounds that the Court lacks jurisdiction over the First Amended Complaint and it fails to state a viable claim for relief against the OPM. The motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the First Amended Complaint, and the files and records of this case.

Dated: July 31, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Cindy M. Cipriani

CINDY M. CIPRIANI
Assistant U.S. Attorney
Attorneys for Defendant
United States Office of Personnel Management
Email: Cindy.Cipriani@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD SCHIMSKY, as Trustee of ANN P. SCHIMSKY TRUST and representative of ANN P. SCHIMSKY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO<br><br>Defendant. | Case No.: 07cv2432 H (LSP)<br><br>CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Marilyn Huff |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

1) NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANT UNITED STATES OFFICE OF PERSONNEL MANAGEMENT (dated 07/31/08)

2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT UNITED STATES OFFICE OF PERSONNEL MANAGEMENT'S MOTION TO DISMISS (dated 07/31/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Alexander F. Giovanniello, Esq. afg@gm-lawfirm.com
GIOVANNIELLO & MICHELS, LLP
1470 South Valley Vista Drive, Suite 200
Diamond Bar, CA 91765
Attorney for Defendant, THC Orange County dba Kindred Hospital - San Diego

Eugene P. Yale baum@ylaw.com
David W. Baumgarten
YALE & BAUMGARTEN, LLP
5030 Camino de la Siesta, Suite 308
San Diego, CA 92108
Attorney for Plaintiff

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2008.

s/ Cindy M. Cipriani
CINDY M. CIPRIANI