**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ARNOLD SCHIMSKY, as Trustee of THE ANN P. SHIMSKY TRUST and representative of ANN P. SHIIMSKY, deceased,

Plaintiff,

vs.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, and THC-ORANGE COUNTY INC. dba KINDRED HOSPITAL SAN DIEGO,

Defendants.

CASE NO. 07-CV-2432-H (LSP)

ORDER SUBMITTING MOTIONS TO DISMISS

Plaintiff Arnold Schimsky brought this complaint on December 31, 2007, with the assistance of counsel, as trustee of the Ann P. Shimsky Trust and representative of the estate of Ann P. Shimsky. (Doc. No. 1.) On July 11, 2008, Plaintiff filed a first amended complaint. (Doc. No. 11.) On June 12, 2008, On July 30, 2008, defendant THC-Orange County Inc. filed a motion to dismiss. (Doc. No. 13.) On July 31, 2008, the United States Office of Personnel Management filed its motion to dismiss. (Doc. No. 15.) Both motions were noticed for a hearing on September 2, 2008.

Under Local Civil Rule 7.1(e)(2), the time for filing an opposition is normally 14 calendar days prior to the noticed hearing date. At this time, the Court has received no opposition from Plaintiff.

Absent a subsequent order to the contrary, the Court will exercise its discretion to submit these motions on the papers without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, the Court vacates the hearing on the motions to dismiss. The Court strongly encourages Plaintiff to file an opposition to the pending motions. If he does not do so, the Court may dismiss this action in its entirety.

IT IS SO ORDERED.

DATED: August 25, 2008

Marilyn L. Huff

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.