Eugene P. Yale, Esq. SBN 83048
David W. Baumgarten, Esq. SBN 179574
YALE & BAUMGARTEN, LLP
5030 Camino de la Siesta, Ste. 308
San Diego, California 92108
Tel.: (619) 220-8790
Fax: (619) 220-0369

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNOLD SCHIMSKY, as Trustee of THE ANN P. SHIMSKY TRUST and representative of ANN P. SHIMSKY, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO,<br><br>Defendants. | CASE NO. 07 CV2432-H(LSP)<br><br>**EX PARTE APPLICATION FOR ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND ALLOWING PLAINTIFF TO FILE OPPOSITION IN DUE COURSE; OR IN THE ALTERNATIVE FOR AN ORDER ALLOWING PLAINTIFF TO FILE A LATE OPPOSITION; OR, IF THE COURT IS NOT INCLINED TO GRANT THE FOREGOING RELIEF FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>CTRM: 13<br>JUDGE: Hon. Marilyn L. Huff |

The plaintiff, ARNOLD SCHIMSKY, as Trustee of THE ANN P. SHIMSKY TRUST and representative of ANN P. SHIMSKY, deceased, respectfully submits this ex parte application for an order continuing the hearing on defendants' motions to dismiss and allowing plaintiff to file opposition in due course; or in the alternative for an order allowing plaintiff to file a late opposition; or, if the court is not inclined to grant the foregoing relief, for leave to file a second amended complaint. This application is based on the declaration of David W. Baumgarten filed herewith, the complete files and

/ / /

records of the court, and upon such other further oral and documentary evidence as may be presented at the time of hearing, if the court provides for a hearing on this matter.

DATED: August 26, 2008

YALE & BAUMGARTEN, LLP

David W. Baumgarten, Attorney for Plaintiff