Eugene P. Yale, Esq. SBN 83048
David W. Baumgarten, Esq. SBN 179574
YALE & BAUMGARTEN, LLP
5030 Camino de la Siesta, Suite 308
San Diego, California 92108
Tel. (619) 220-8790
Fax (619) 220-0369

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNOLD SCHIMSKY, as Trustee of THE ANN P. SHIMSKY TRUST and representative of ANN P. SHIMSKY, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO,<br><br>Defendants. | CASE NO: 07-cv-02432-H (LSP)<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

Case Name: ***Schimsky, et al v. United States Office of Personnel Management, et al.***
United States District Court, Southern District of California, Case No. **07-cv-02432-H-LSP**

I, the undersigned, am over the age of eighteen years and am a resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 5030 Camino de la Siesta, Suite 308 San Diego, CA 92108.

August 26, 2008, I served the following document:

**1. EX PARTE APPLICATION FOR ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND ALLOWING PLAINTIFF TO FILE OPPOSITION IN DUE COURSE; OR IN THE ALTERNATIVE FOR AN ORDER ALLOWING PLAINTIFF TO FILE A LATE OPPOSITION; OR, IF THE COURT IS NOT INCLINED TO GRANT THE FOREGOING RELIEF FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

**2. DECLARATION OF DAVID W. BAUMGARTEN IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND ALLOWING PLAINTIFF TO FILE OPPOSITION IN DUE COURSE; OR IN THE ALTERNATIVE FOR AN ORDER ALLOWING PLAINTIFF TO FILE A LATE OPPOSITION; OR, IF THE COURT IS NOT INCLINED TO GRANT THE FOREGOING RELIEF FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

addressed to:

Alexander F. Giovanniello
Karen A. Bocker
GIOVANNIELLO & MICHAELS, LLP
1470 S. Valley Vista Drive, Suite 200
Diamond Bar, California 91765
**T: (909) 396 1964**
**F: (909) 396 0885**
afg@gm-lawfirm.com

Karen P. Hewitt
Cindy M. Cipriani
U.S. Attorney's Office for Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101-8893
**T: (619) 557-7390**
**F: (619) 557-5004**
cindy.cirpriani@usdoj.gov

__X__ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

__X__ (BY TELECOPIER) In addition to service by mail as set forth above, counsel were also forwarded a copy of said document(s) by telecopier.

/ / /

____ (BY ELECTRONIC MAIL) In addition to service by mail as set forth above, the counsel by whose name an asterisk is affixed on the attached service list were also forwarded a copy of said document(s) by electronic mail.

Executed on August 26, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Jonathan H. Yale