**GIOVANNIELLO & MICHELS, LLP**
Alexander F. Giovanniello (CSB# 125562)
Karen A. Bocker (CSB #213764)
1470 South Valley Vista Drive, Suite 200
Diamond Bar, California 91765
Email: afg@gm-lawfirm.com

Ph: (909) 396-1964
Fax (909) 396-0885

Attorneys for DEFENDANT
THC ORANGE COUNTY, INC. dba KINDRED HOSPITAL –
SAN DIEGO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNOLD SCHIMSKY, as Trustee of THE ANN P. SHIMSKY TRUST and representative of ANN P. SHIMSKY, deceased<br>Plaintiffs,<br>vs.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; THC- ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO<br><br>Defendants. | Case No.: 07 CV2432-H(LSP)<br><br>**THC ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE HEARING ON DEFENDANT'S MOTION TO DISMISS AND ALLOWING PLAINTIFF TO FILE OPPOSITION IN DUE COURSE; OR IN THE ALTERNATIVE FOR AN ORDER ALLOWING PLAINTIFF TO FILE A LATE OPPOSITION; OR FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>COURTROOM: 13<br>JUDGE: Hon. Marilyn L. Huff |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT Defendant THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL – SAN DIEGO, hereinafter "Defendant") opposes Plaintiff's Ex Parte Application for an order continuing the hearing on Defendant's motion to dismiss and

allowing plaintiff to file opposition in due course; or in the alternative for an order allowing plaintiff to file a late opposition or for leave to file a second amended complaint. This opposition is based on the grounds that (1) Plaintiff has failed to Comply with Rule 6(b)(1) and has failed to demonstrate good cause for this Court to extend the time for him to file his opposition to defendant's motions; (2) Plaintiff has failed to demonstrate excusable neglect for the failure to timely file opposition to defendant's motions to dismiss; (3) Plaintiff's Application for relief is based on an incomplete representation of facts to this court; (4) Plaintiff failed to give Defendant proper notice of his application; and that (5) Defendant will be prejudiced should Plaintiff's application be granted.

This motion is based upon this Notice, the Declaration of Karen A. Bocker, all documents and evidence on file herein, and upon such other oral and documentary evidence as may be presented at the hearing of this matter.

Date: August 26, 2008 **GIOVANNIELLO & MICHELS, LLP**

By: s/Alexander F. Giovanniello
Alexander F. Giovanniello, Esq.
Karen A. Bocker, Esq.
Attorneys for DEFENDANT,
THC ORANGE COUNTY, INC., dba
KINDRED HOSPITAL – SAN DIEGO