Eugene P. Yale, Esq. SBN 83048
David W. Baumgarten, Esq. SBN 179574
YALE & BAUMGARTEN, LLP
5030 Camino de la Siesta, Suite 308
San Diego, California 92108
Tel. (619) 220-8790
Fax (619) 220-0369

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNOLD SCHIMSKY, as Trustee of THE ANN P. SHIMSKY TRUST and representative of ANN P. SHIMSKY, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO,<br><br>Defendants. | CASE NO: 07-cv-02432-H (LSP)<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

Case Name: __***Schimsky, et al v. United States Office of Personnel Management, et al.***
United States District Court, Southern District of California, Case No. **07-cv-02432-H-LSP**

I, the undersigned, am over the age of eighteen years and am a resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 5030 Camino de la Siesta, Suite 308 San Diego, CA 92108.

August 26, 2008, I served the following document:

**1. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT THC-ORANGE COUNTY INC., dba KINDRED HOSPITAL SAN DIEGO'S MOTION FOR DISMISSAL PURSUANT TO RULE 12**

**2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT OPM'S MOTION FOR DISMISSAL PURSUANT TO RULE 12**

addressed to:

Alexander F. Giovanniello
Karen A. Bocker
GIOVANNIELLO & MICHAELS, LLP
1470 S. Valley Vista Drive, Suite 200
Diamond Bar, California 91765
**T: (909) 396 1964**
**F: (909) 396 0885**
afg@gm-lawfirm.com

Karen P. Hewitt
Cindy M. Cipriani
U.S. Attorney's Office for Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101-8893
**T: (619) 557-7390**
**F: (619) 557-5004**
cindy.cirpriani@usdoj.gov

_**X**__ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

_**X**__ (BY TELECOPIER) In addition to service by mail as set forth above, counsel were also forwarded a copy of said document(s) by telecopier.

______

Executed on August 27, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

____________________________
Suzanne Yale