**GIOVANNIELLO & MICHELS, LLP**
Alexander F. Giovanniello (CSB # 125562)
1470 South Valley Vista Drive, Suite 200
Diamond Bar, California 91765
Email: afg@gm-lawfirm.com

Ph: (909) 396-1964
Fax (909) 396-0885

Attorneys for DEFENDANT
THC ORANGE COUNTY dba KINDRED HOSPITAL –
SAN DIEGO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNOLD SCHIMSKY, as Trustee of THE ANN P. SHIMSKY TRUST and representative of ANN P. SHIMSKY, deceased<br>Plaintiffs,<br>vs.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; THC- ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO<br><br>Defendants. | Case No.: 07 CV2432-H(LSP)<br><br>**DECLARATION OF EUNICE ANDAYA IN SUPPORT OF DEFENDANT THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL SAN DIEGO'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 AGAINST YALE & BAUMGARTEN FOR VIOLATION OF RULE 11**<br><br>**[filed concurrently with Defendant's Notice of Motion; Memorandum of Points and Authorities; Declaration of Karen A. Bocker]**<br><br>**FRCP 11**<br><br>DATE: October 6, 2008<br>TIME: 10:30<br>COURTROOM: 13 |

I, Eunice Andaya, declare:

1. I am the Business Office Manager for Kindred Healthcare. I have been the Business Office Manager for over ten years and am familiar with billing and collections. Based on my position as the Business Office

Manage. and on my analysis of the Shimsky b... I have familiarity with the billing issues for the Shimsky bill.

2. Based on my review of the file and the facts contained therein, I have knowledge of the facts and if called to testify could do so competently.

3. This declaration is made in support of Kindred Hospital San Diego's Motion for Sanctions Pursuant to Rule 11 against Yale & Baumgarten for Violation of Rule 11.

4. The last day Blue Cross provided coverage for Mrs. Shimsky was July 31, 2004. Kindred Hospital has not received any payment from Blue Cross for any services rendered to Mrs. Shimsky after July 31, 2004.

5. Payment was mistakenly sent by Blue Cross for October 1, 2004 to October 15, 2004 but on April 11, 2005, Blue Cross demanded a 100% refund from Kindred Hospital, saying Mrs. Shimsky was not eligible for coverage. Kindred refunded the full amount. A true and accurate copy of the documentation concerning the payment by Blue Cross, its request for a refund and a copy of Kindred's check refunding the overpayment by Blue Cross for Mrs. Shimsky's bill are attached to the motion as **Exhibit I**.

6. It is my understanding upon information and belief that Blue Cross stopped paying for Mrs. Shimsky's care was due to Mr. Schimsky's failure to cooperate with Blue Cross when it offered to flex Mrs. Shimsky's benefits to allow some payment to Kindred Hospital San Diego despite Mrs. Shimsky not having Long Term Care coverage.

7. Kindred has billed for the services rendered to Ann Shimsky from August 1, 2004 to the time of her death, but has not been paid from any source.

8. Blue Cross was re-billed for services after the death of Mrs. Shimsky. In response, Blue Cross sent Explanation of Benefits (EOBs) denying coverage for Mrs. Shimsky from August 1, 2004 to the time of Mrs. Shimsky's death on October 8, 2006.

9. I am aware that Mrs. Shimsky was eligible for Medi-Cal. When her application was accepted, Medi-Cal approved Mrs. Shimsky from October 1, 2005 forward.

10. After receiving notice that Mrs. Shimsky was approved for Medi-Cal, Kindred sent TARs (Treatment Authorization Requests) to Medi-Cal to hold the date for the services rendered.

11. Medi-Cal sent back the TARS with their determination of coverage for Mrs. Shimsky. According to the TARS, because Kindred Hospital is not contracted with Medi-Cal, and because Mrs. Shimsky was considered a stable patient, and her care could have been provided at a lower level of care, her coverage was denied.

12. As of May 8, 2008 my records reveal that Kindred Hospital has not been paid by any source for the care and treatment provided to Mrs. Shimsky since the last payment received from Blue Cross for services through July 31, 2004. Kindred Hospital has not been paid for the services rendered to Mrs. Shimsky from August 1, 2004 until her death on October 8, 2006.

13. The amount owed for care provided to Mrs. Shimsky from August 1, 2004 to her death on October 8, 2006 totals $2,579,622.81.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed this 8th day of May, 2008 at Los Angeles, California.

[signature]

Eunice Andaya, Billing Office Manager, Kindred Healthcare,

Declarant

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1470 South Valley Vista Drive, Suite 200, Diamond Bar, California 91765.

On **July 30, 2008,** I served the foregoing document(s) described **DECLARATION OF EUNICE ANDAYA IN SUPPPORT OF DEFENDANT THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL – SAN DIEGO'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 AGAINST YALE & BAUMGARTEN FOR VIOLATION OF RULE 11,** by placing the true copies thereof enclosed in sealed envelopes address as follows:

**SEE ATTACHED SERVICE LIST:**

**(XX)** BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business.

( ) BY PERSONAL SERVICE: I delivered such envelope(s) by hand to the office(s) of the above addressee(s).

( ) BY FEDERAL EXPRESS: I caused said envelope(s) to be sent by Federal Express to the above address(es).

( ) BY TELECOPIER: I caused said document(s) to be transmitted by telecopier at approximately 3:00 P.M. to the above address(s).

Executed on **July 30, 2008,** at Diamond Bar, California.

**(XX)** STATE:I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Carolina Cachu

SERVICE LIST:

Eugene P. Yale
David W. Baumgarten
YALE & BAUMGARTEN, LLP
5030 Camino de la Siesta, Suite 308
San Diego, California 92108
Tel: (619) 220-8790
Fax: (619) 220-0369

*Attorneys for Plaintiff*

U S Attorneys Office Southern
District of California
Civil Division
880 Front Street, Suite 6253
San Diego, California 92101
Tel: (619) 557-5662
Fax: (619) 557-7122

*Attorneys for United States Office of Personnel Management*

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1470 South Valley Vista Drive, Suite 200, Diamond Bar, California 91765.

On , I served the foregoing document(s) described as **DECLARATION OF EUNICE ANDAYA IN SUPPORT OF DEFENDANT THC-ORANGE COUNTY, INC., dba KINDRED HOSPITAL – SAN DIEGO'S NOTICE OF MOTION FOR SANCTIONS PURSUANT TO RULE 11 AGAINST YALE & BAUMGARTEN FOR VIOLATION OF RULE 11,** by placing the true copies thereof enclosed in sealed envelopes address as follows:

**SEE ATTACHED SERVICE LIST:**

**(XX)** BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business.

( ) BY PERSONAL SERVICE: I delivered such envelope(s) by hand to the office(s) of the above addressee(s).

( ) BY FEDERAL EXPRESS: I caused said envelope(s) to be sent by Federal Express to the above address(es).

( ) BY TELECOPIER: I caused said document(s) to be transmitted by telecopier at approximately 3:00 P.M. to the above address(s).

Executed on **August 29 ,2008** at Diamond Bar, California.

**(XX)** STATE:I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Kimberly J. King

Kimberly King

SERVICE LIST:

| | |
|---|---|
| Eugene P. Yale<br>David W. Baumgarten<br>YALE & BAUMGARTEN, LLP<br>5030 Camino de la Siesta, Suite 308<br>San Diego, California 92108<br>Tel: (619) 220-8790<br>Fax: (619) 220-0369 | *Attorneys for Plaintiff* |
| U S Attorneys Office Southern<br>District of California<br>Civil Division<br>880 Front Street, Suite 6253<br>San Diego, California 92101<br>Tel: (619) 557-5662<br>Fax: (619) 557-7122 | *Attorneys for United States Office of Personnel Management* |