UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD SCHIMSKY, as Trustee of THE ANN P. SHIMSKY TRUST and representative of ANN P. SHIMSKY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et.al.,<br><br>Defendants. | Civil No.07 CV 2432 H (LSP)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Cindy M. Ciprani, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the following document(s) on the parties indicated below by electronically filing said document(s) with the Clerk of the District Court using its ECF System, which electronically notifies them:

<u>DOCUMENT(S) SERVED:</u>

REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANT UNITED STATES OFFICE OF PERSONNEL MANAGEMENT"S MOTION TO DISMISS

<u>PARTIES ON WHOM SERVED</u>:

David W. Baumgarten, YALE & BAUMGARTEN, LLP, baum@yblaw.com

Alexander Giovanniello, Giovanniello & Michels, LLP, afg@gm-lawfirm.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 12, 2008.

s/ Cindy M. Cipriani

CINDY M. CIPRIANI